AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUL 15 P 12 15

CLERK
S. DIST. OF GA.

KEITH BRINSON,

    Petitioner,

vs.

JOHN TERWILLIGER, Warden,
and JAMES E. DONALD,
Commissioner, Georgia Department
of Corrections,

    Respondents.

CIVIL ACTION NO.: CV205-048

## ORDER

Petitioner, an inmate currently incarcerated at the Emanuel Probation Detention Center in Twin City, Georgia, filed this action pursuant to 28 U.S.C. § 2254. James E. Donald filed a Motion to Dismiss Petitioner's action against him asserting that he is an improper party respondent. Petitioner has filed no response to the Motion to Dismiss indicating no opposition thereto. Accordingly, Respondent Donald's unopposed Motion to Dismiss is **GRANTED**. James E. Donald, Commissioner, Georgia Department of Corrections is **DISMISSED** as a party Respondent.

**SO ORDERED**, this 15 day of July, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

# United States District Court
## Southern District of Georgia

BRINSON )

vs )  CASE NUMBER  CV205-48

TERWILLIGER, ET AL )  DIVISION  BRUNSWICK

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 7/15/05, which is part of the official record of this case.

Date of Mailing: 7/15/05

Date of Certificate  [X] same date,  or  _____

Scott L. Poff, Clerk

By: _____
Sherry Taylor, Deputy Clerk

**Name and Address**

Keith Brinson, Emanuel Probation Detention Center, P.O. Box 1430, Twin City, GA 30471
Chad Jacobs
Paula Smith

[ ] Copy placed in Minutes
[X] Copy given to Judge
[ ] Copy given to Magistrate