IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
DIST. COURT
WICK DIV

2005 AUG -5 A 10:31

KEITH BRINSON,

      Petitioner,

vs.

      CIVIL ACTION NO.: CV205-048

JOHN TERWILLIGER, Warden,

      Respondent.

## ORDER

Respondent filed a Motion to Dismiss Petitioner's action which was brought pursuant to 28 U.S.C. § 2254, asserting that Petitioner has failed to exhaust his available state remedies. By Order dated July 1, 2005, Petitioner was allowed a period of twenty (20) days to advise the Court whether he asserts that he has exhausted his claims. Petitioner was advised that if he did not establish sufficient exhaustion within said twenty (20) day period of time, this Court would enter an Order dismissing this action, without prejudice. Petitioner has failed to respond to the Court's Order. Accordingly, the petition is **DISMISSED**, without prejudice.

The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this 5th day of August, 2005.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)

# United States District Court
## *Southern District of Georgia*

KEITH BRINSON  
_____ )

vs ) CASE NUMBER CV205-48

JOHN TERWILLIGER, WARDEN  
_____ ) DIVISION Brunswick

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated Order & Jgm _____, which is part of the official record of this case.

Date of Mailing: 8/5/05

Date of Certificate  [X] same date,   or  _____

Scott L. Poff, Clerk

By: Nita Rose  
Deputy Clerk

**Name and Address**

KEITH BRINSON  EMANUEL PROBATION DETENTION CTR.  BOX 1430  TWIN CITY, GA. 30471  
CHAD ERIC JACOBS  
PAULA SMITH

☐ Copy placed in Minutes  
☐ Copy given to Judge  
☐ Copy given to Magistrate