# United States District Court
## Southern District of Georgia

KEITH BRINSON

JUDGMENT IN A CIVIL CASE

**v.**

CASE NUMBER:   CV205-48

JOHN TERWILLIGER, Warden

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated August 5, 2005, adopting the Report

and Recommendation of the Magistrate Judge;  judgment of dismissal is hereby entered

and this case stands dismissed,

EOD   8/5/05

| | |
|---|---|
| August 5, 2005 | Scott L. Poff |
| *Date* | *Clerk* |
| | *(By) Deputy Clerk* |

# United States District Court
## Southern District of Georgia

KEITH BRINSON
_____ )

vs                                    )        CASE NUMBER  CV205-48 _____

JOHN TERWILLIGER, WARDEN
_____ )        DIVISION      Brunswick _____

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated
    Order & Jgm _____, which is part of the official record of this case.

Date of Mailing:          8/5/05 _____

Date of Certificate          ☒ same date,      or  _____

                        Scott L. Poff,  Clerk


                  By:  Nita Rose _____
                        Deputy Clerk

Name and Address

KEITH BRINSON  EMANUEL PROBATION DETENTION CTR.  BOX 1430  TWIN CITY, GA. 30471
CHAD ERIC JACOBS
PAULA SMITH


                                    ☐   Copy placed in Minutes
                                    ☐   Copy given to Judge
                                    ☐   Copy given to Magistrate